UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RHONDA BRAY,

    Plaintiff,

v.

RHYTHM MANAGEMENT GROUP, LLC,
RHYTHM MANAGEMENT GROUP, PLLC,
RHYTHM MANAGEMENT GROUP CORP.
and
ALDRICH CAPITAL PARTNERS,

    Defendants.

Civil Action No. TDC-23-3142

## MEMORANDUM ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss and Compel Arbitration, ECF No. 34, is DENIED.

2. Defendants' request that the Court strike certain allegations in the Amended Complaint, which the Court construes as a Motion to Strike, ECF No. 43, is DENIED.

3. Defendants are directed to file an Answer to the Amended Complaint within **14 days** of the date of this Order.

Date: September 24, 2024

THEODORE D. CHUANG
United States District Judge